UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hughrich Enterprises, LLC,

                              Plaintiff,

              v.

GBG USA INC.,

                              Defendant.

**ORDER**

19 Civ. 10342 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed during the status conference on August 6, 2020, Plaintiff will submit a letter by August 13, 2020, demonstrating that this Court has subject matter jurisdiction pursuant to diversity of citizenship.  In connection with its letter, Plaintiff will file a declaration from Arthur Levine – who the Court understands to be a member of Hughrich Enterprises, LLC – setting forth the relevant details concerning Hughrich Enterprises, LLC, including the number and identities of its members and where said members reside.  This declaration will also be filed by August 13, 2020.

        Any submission by Defendant concerning this issue is due by August 20, 2020.

Dated: New York, New York
      August 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge