UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hughrich Enterprises, LLC,

                    Plaintiff,

    v.

GBG USA INC.,

                    Defendant.

**ORDER**

19 Civ. 10342 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the parties shall conduct jurisdictional discovery over the next thirty days. One week after the conclusion of jurisdictional discovery – by September 28, 2020 – the parties will submit letters setting forth what jurisdictional discovery revealed as to the citizenship of the members of Hughrich Enterprises, LLC.

Dated: New York, New York
       August 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge