UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHRICH ENTERPRISES, LLC,

                Plaintiff,

     - against -

GBG USA INC.,

                Defendant.

**ORDER**

19 Civ. 10342 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on **September 14, 2021**;

2. Plaintiff's opposition is due on **September 28, 2021**; and

3. Defendant's reply, if any, is due on **October 5, 2021**.

Dated: New York, New York
         August 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge