UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUGHRICH ENTERPRISES, LLC,

                Plaintiff,

      v.

GBG USA INC.,

                Defendant.

**ORDER**

19 Civ. 10342 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      On March 2, 2022, this Court lifted the bankruptcy stay in this case and entered a briefing schedule for Defendant GBG USA Inc.'s motion to dismiss, which would be due on March 16, 2022. (Dkt. No. 40) On March 15, 2022, counsel for Defendant requested a thirty-day adjournment of this deadline. Counsel explained, inter alia, that there was uncertainty as to whether counsel would continue to represent Defendant, since GBG USA Inc. "no longer exists as its assets have all, or have been substantially, liquidated." Counsel requested "additional time to work out matters concerning representation of the post-bankruptcy entity." (See March 15, 2022 Def. Ltr. (Dkt. No. 44)) On March 16, 2022, this Court granted defense counsel's request. (Dkt. No. 45) This Court has received no further correspondence from defense counsel.

      By **September 6, 2022**, defense counsel will file a letter apprising the Court as to the status of the matters discussed in the March 15, 2022 letter.

Dated: New York, New York
       August 29, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge